# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **PEARL S. HARRIS,** | ) | **CASE NO. 1:06 CV 0113** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **C.B. FLEET COMPANY, INC., et al.,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| | ) | |
| **Defendants.** | ) | |

The status conference currently set to come before this Court on Monday, January 8, 2007 at 10:30 a.m. is hereby **RESCHEDULED** for **Friday, January 19, 2007 at 1:30 p.m.**  Pursuant to the Local Rules of this Court, counsel and the parties shall appear, in person, with a representative having full settlement authority, unless previously excused for good cause.  Additionally, the parties shall submit position papers, by facsimile or electronic mail, to the Court and opposing counsel five (5) business days in advance of the conference.  The position papers shall include the current status of settlement negotiations, as well as a description of any issues of material facts that may preclude summary disposition.

**IT IS SO ORDERED.**

*/s/Peter C. Economus* **- January 3, 2007**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**